IN THE

# APPELLATE COURT

OF THE

## STATE OF INDIANA,

AT INDIANAPOLIS, NOVEMBER TERM, 1899, AND MAY TERM,
1900, IN THE EIGHTY-FOURTH YEAR OF THE STATE.

---

THE SECOND NATIONAL BANK OF AKRON *v.* THE MID-
LAND STEEL COMPANY.

[No. 2,968. Filed January 23, 1900.]

APPELLATE COURT.—*Jurisdiction.*—The Appellate Court has no ju-
risdiction of an appeal from an order sustaining a demurrer to a
complaint wherein a part of the relief sought is the reformation of
a promissory note.

From the Delaware Circuit Court. *Transferred to the
Supreme Court.*

R. *Warner* and *A. W. Brady,* for appellant.

J. W. *Ryan,* W. A. *Thompson,* B. K. *Elliott,* W. F.
*Elliott* and F. L. *Littleton,* for appellee.

PER CURIAM.—An appeal by the plaintiff in a cause
wherein a part of the relief sought by the plaintiff is the
reformation of a promissory note on which the suit is
founded; the only question on appeal relating to the action
of the lower court in sustaining a demurrer to the complaint

is not within the jurisdiction of this court, reformation being a matter within the exclusive jurisdiction of a court of equity, involving a decree providing specific equitable relief. Therefore, this cause is transferred to the Supreme Court.